UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61990-Civ-Dimitrouleas/Snow

JOHN A. SCHREIBER,

    Plaintiff,

v.

ENTERPRISE RECOVERY SYSTEMS, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | James R. Stevens, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Connelly Law Group LLC |
| Fort Lauderdale, Florida  33339 | Suite 1700 |
| Telephone: 954-537-2000 | 55 West Monroe |
| Facsimile: 954-566-2235 | Chicago, IL 60603 |
| | Telephone: 312-251-2259 |
| | Facsimile: 312-878-0329 |

By: /s/ Donald A. Yarbrough     By: /s/ James R. Stevens
Donald A. Yarbrough, Esq.     James R. Stevens, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61990-Civ-Dimitrouleas/Snow

JOHN A. SCHREIBER,

    Plaintiff,

v.

ENTERPRISE RECOVERY SYSTEMS, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 27, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

James R. Stevens, Esq.
Connelly Law Group LLC
Suite 1700
55 West Monroe
Chicago, IL 60603
Telephone: 312-251-2259
Facsimile: 312-878-0329

Via Notices of Electronic Filing generated by CM/ECF