UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61990-CIV-DIMITROULEAS

JOHN A. SCHREIBER,

    Plaintiff,

vs.

ENTERPRISE RECOVERY SYSTEMS, INC.

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 26], filed herein on September 27, 2011.  The Court has been advised that all claims and causes of action between or among the parties have been amicably resolved.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal with Prejudice [DE 26] is hereby **APPROVED**;

2. The above-captioned case is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed by the parties;

3. All pending motions are **DENIED AS MOOT**;

4. The Clerk shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 28th day of September, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record